NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
brian.whang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT CARL LITHEREDGE, JR.
aka BOBBY LITHEREDGE,

        Defendant.

Case No.: 2:19-CR-00211-GMN-NJK

**Stipulation to Continue
Response to Filed Motion to Suppress
Second Request**

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Sunethra Muralidhara, counsel for Robert Carl Litheredge, Jr., that the due date for the Government's Response to the Defendant's Motion to Suppress, filed on September 30, 2019, be extended to October 28, 2019.

This Stipulation is entered into for the following reasons:

1. The parties are moving to resolve this matter before an evidentiary hearing may be required.

2. Counsel for the Government requests additional time to respond to Defendant's Motion to Suppress filed on September 30, 2019.

1

3. The parties agree to the continuance

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the second stipulation to be filed herein.

DATED this 17th day of October, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH,<br>United States Attorney | SUNETHRA MURALIDHARA, ESQ. |
| By: /s/ Brian Y. Whang<br>BRIAN Y. WHANG<br>Assistant United States Attorney | By: /s/ Sunethra Muralidhara<br>SUNETHRA MURALIDHARA<br>Counsel for Robert Carl Litheredge, Jr. |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT CARL LITHEREDGE, JR.
aka BOBBY LITHEREDGE,

        Defendant.

Case No.: 2:19-CR-00211-GMN-NJK

**ORDER**

## FINDINGS OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government needs additional time to respond to Defendant's Motion to Suppress filed on September 30, 2019.
2. The parties agree to the continuance.
3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.
4. This is the second stipulation to be filed herein.

# **ORDER**

IT IS THEREFORE ORDERED, that the Government herein shall have to and including October 28, 2019, to file any and all Responses to Defendant's Motion to Suppress filed on September 30, 2019.

IT IS FURTHER ORDERED that any replies to the Response shall be filed no later than November 4, 2019.

DATED this 18th day of October, 2019

_____
Hon. Nancy J. Koppe
U.S. Magistrate Judge