NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
brian.whang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CARL LITHEREDGE, JR.<br>aka BOBBY LITHEREDGE,<br><br>Defendant. | Case No.: 2:19-CR-00211-GMN-NJK<br><br>**Stipulation to Continue**<br>**Response to Filed Motion to Suppress**<br>**Third Request** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Sunethra Muralidhara, counsel for Robert Carl Litheredge, Jr., that the due date for the Government's Response to the Defendant's Motion to Suppress, filed on September 30, 2019, be extended to October 31, 2019.

This Stipulation is entered into for the following reasons:

1. The parties are moving to resolve this matter before an evidentiary hearing may be required based on recently discovered information. The parties are requesting three additional days from the previous deadline.

1

2. Counsel for defendant requests additional time to speak with defendant, regarding a proposed plea agreement.

3. Counsel for the Government requests additional time to respond to Defendant's Motion to Suppress filed on September 30, 2019.

4. The parties agree to the continuance

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the third stipulation to be filed herein.

DATED this 25th day of October, 2019.

NICHOLAS A. TRUTANICH,  SUNETHRA MURALIDHARA, ESQ.
United States Attorney

By: /s/ Brian Y. Whang  By: /s/ Sunethra Muralidhara
BRIAN Y. WHANG  SUNETHRA MURALIDHARA
Assistant United States Attorney  Counsel for Robert Carl Litheredge, Jr.

|  |  |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** -oOo- |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:19-CR-00211-GMN-NJK |
| vs. | **ORDER** |
| ROBERT CARL LITHEREDGE, JR. aka BOBBY LITHEREDGE, | |
| Defendant. | |

## FINDINGS OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are moving to resolve this matter before an evidentiary hearing may be required based on recently discovered information. The parties are requesting three additional days from the previous deadline.

2. Counsel for defendant requests additional time to speak with defendant, regarding a proposed plea agreement.

3. Counsel for the Government requests additional time to respond to Defendant's Motion to Suppress filed on September 30, 2019.

4. The parties agree to the continuance

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the third stipulation to be filed herein.

**ORDER**

IT IS THEREFORE ORDERED, that the Government herein shall have to and including October 31, 2019, to file any and all Responses to Defendant's Motion to Suppress filed on September 30, 2019.

IT IS FURTHER ORDERED that any replies to the Response shall be filed no later than November 7, 2019.

DATED: October 28, 2019.

_____
Hon. Nancy J. Koppe
United States Magistrate Judge