# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT CARL LITHEREDGE, JR.,

    Defendant.

Case No.: 2:19-cr-00211-GMN-NJK

**ORDER**

(Docket Nos. 24, 26, 33)

Pending before the Court is Defendant Robert Carl Litheredge, Jr.'s[1] motion to withdraw his motion to suppress evidence. Docket No. 33. *See also* Docket Nos. 24, 26 (motion to suppress). The Court hereby **GRANTS** Defendant's motion. Docket No. 33. The motion to suppress at Docket Nos. 24 and 26 is withdrawn.

IT IS SO ORDERED.

DATED: October 31, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Although by no means a violation of the local rules, the Court advises Defendant's counsel that written court filings (directed to a judge, not a juror) are generally of a formal nature, and she may be well-served by not repeatedly referring to her client by his first name in such filings.