| | |
|---|---|
| 1 | NICHOLAS TRUTANICH |
| | United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 13644 |
| 3 | BRIAN WHANG |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | PHONE: (702) 388-6336 |
| | brian.whang@usdoj.gov |
| 6 | |
| | Attorneys for the United States of America |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT CARL LITHEREDGE, JR.
aka BOBBY LITHEREDGE,

        Defendant.

Case No.: 2:19-CR-00211-GMN-NJK

**Stipulation to Continue**
**Status Conference**
**First Request**

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Sunethra Muralidhara, counsel for Robert Carl Litheredge, Jr., that the Status Conference set for November 21, 2019 at 8:30 a.m. be vacated and be continued to a date and time convenient to the Court, but no sooner than seven (7) days from November 21, 2019.

This Stipulation is entered into for the following reasons:

1. The Government has requested additional forfeiture language be incorporated into the plea agreement as part of the Preliminary Order of Forfeiture.

1

2. The parties will be filing a Stipulation to Modify the Plea Agreement, regarding the forfeiture of the seized evidence.

3. Counsel for defendant is scheduled to meet with defendant on Wednesday, November 20, 2019 to review the Stipulation to Modify Plea Agreement and Preliminary Order of Forfeiture.

4. The parties agree to the continuance.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the first stipulation to be filed herein.

DATED this 18th day of November, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH, <br> United States Attorney | SUNETHRA MURALIDHARA, ESQ. |
| By: /s/ Brian Y. Whang <br> BRIAN Y. WHANG <br> Assistant United States Attorney | By: /s/ Sunethra Muralidhara <br> SUNETHRA MURALIDHARA <br> Counsel for Robert Carl Litheredge, Jr. |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT CARL LITHEREDGE, JR.
aka BOBBY LITHEREDGE,

    Defendant.

Case No.: 2:19-CR-00211-GMN-NJK

**ORDER**

## FINDINGS OF FACTS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government has requested additional forfeiture language be incorporated into the plea agreement as part of the Preliminary Order of Forfeiture.

2. The parties will be filing a Stipulation to modify the Plea Agreement, regarding the forfeiture of the seized evidence.

3. Counsel for defendant is scheduled to meet with defendant on Wednesday, November 20, 2019 to review the Stipulation to Modify Plea Agreement and Preliminary Order of Forfeiture.

4. The parties agree to the continuance.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the first stipulation to be filed herein.

**ORDER**

IT IS THEREFORE ORDERED, that the Status Conference currently scheduled for November 21, 2019 at 8:30 a.m. be vacated and continued to Monday, December 16, 2019, at the hour of 3:30 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this ___19___ day of November, 2019

_____
Hon. Gloria M. Navarro
United States District Judge