FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 20 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-211-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ROBERT CARL LITHEREDGE, JR., aka BOBBY LITHEREDGE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Robert Carl Litheredge, Jr., aka Bobby Litheredge, to the criminal offense, forfeiting the property set forth in the Stipulation to Modify the Plea Agreement and the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which Robert Carl Litheredge, Jr., aka Bobby Litheredge, pled guilty. Criminal Indictment, ECF No. 17; Change of Plea, ECF No. 36; Plea Agreement, ECF No. 37; Preliminary Order of Forfeiture, ECF No. 42; Stipulation to Modify the Plea Agreement, ECF No. 43.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

///

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Glock 22 Gen 4, .40 caliber pistol, bearing serial number BFFL848;
2. Taurus PT917, .9 mm pistol, bearing serial number TDM39271; and
3. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Feb 20, 2020.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE